IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff | ) CIVIL ACTION NO. 17-cv-6811 ) |
| v. | ) ) ) CHIEF JUDGE CASTILLO |
| MIDWEST GAMING AND ENTERTAINMENT, LLC DBA RIVERS CASINO | ) ) ) ) |
| Defendant. | ) ) ) ) |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Equal Employment Opportunity Commission and Midwest Gaming and Entertainment, LLC, DBA Rivers Casino ("Defendant") have agreed to the terms of the attached Consent Decree as final resolution of the litigation between them and jointly move that this Court enter the Consent Decree, attached hereto as Exhibit 1, and sign Exhibit A of the Consent Decree.

Respectfully submitted,

February 21, 2019

*s/Richard J. Mrizek*
Richard J. Mrizek
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
Telephone: (312) 869-8117
E-Mail: richard.mrizek@eeoc.gov
ARDC# 6237730